Case 1:24-mj-00183-GMH Document

Case: 1:24-mj-00183
Assigned To : Judge G. Michael Harvey
Assign. Date : 5/23/2024
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

Your affiliate, ███████████, is a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Counterterrorism section. In my duties as a Special Agent, I am responsible for investigating matters related to counterterrorism and other crimes. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Since January 6, 2021, the FBI has been identifying and investigating individuals who participated in the above-described events. One such individual has been identified as TRISTAN SETH BROADRICK a resident of Alabama.

Investigators have reviewed photos and videos from open sources as well as closed circuit (CCTV) surveillance and body worn camera (BWC) footage of the the US Capitol on January 6 and have determined that BROADRICK entered the Capitol building on that day. The photos and videos depict BROADRICK wearing grey hooded sweatshirt with a white number "20" on the front and maroon sleeves with stripes down the sides.



Fig. 1 – A still photograph taken from BWC footage of BROADRICK (circled in yellow) wearing a grey hooded sweatshirt with maroon striped sleeves on January 6, 2021.



Fig. 2 – An open source photograph of BROADRICK on January 6, 2021, outside of the Capitol Building wearing a grey shirt with a white number "20" on the front.

In a statement to investigators, BROADRICK admitted that he was in Washington D.C. on January 6, 2021 and that he attended a speech given by former President Donald Trump. After the speech, BROADRICK reported that he walked with a crowd to the US Capitol building. BROADRICK admitted that he went inside of the Capitol.

BROADRICK identified himself in several photographs, including Figures 1 and 2, above, and the still photograph taken from CCTV footage depicted below. Investigators who have spoken to BROADRICK face-to-face have also been able to confirm his identity in the photos below.



Fig. 3 – A still photograph captured from CCTV of BROADRICK (circled in yellow) inside the Rotunda Doors at the US Capitol on January 6, 2021. BROADRICK identified himself in the photo.

A review of CCTV footage shows that BROADRICK entered the Capitol twice. BROADRICK approached the building from west, and proceeded through the Upper West Terrace toward the Senate. At approximately 2:55 p.m., BROADRICK entered the Senate Wing, among a large crowd of rioters, through a door near the Senate Parlimentarian's office.



Fig. 4 – A still photograph captured from CCTV of BROADRICK (circled in red) standing outside of the Senate Parlimentarian's Office at the US Capitol on January 6, 2021.

BROADRICK briefly entered the office, before moving with the crowd down a hallway further into the building.



Fig. 5 – A still photograph captured from CCTV of BROADRICK (circled in red) walking with a crowd outside of the Senate Parlimentarian's Office at the US Capitol on January 6, 2021.

At approximately 3:05 p.m., BROADRICK exited the Capitol Building through the Senate Carriage Doors on the east side of the building.



Fig. 6 – A still photograph captured from CCTV of BROADRICK (circled in red) exiting the US Capitol via the Senate Carriage Doors.

At approximately 3:20 p.m., CCTV footage shows that BROADRICK re-entered the Capitol via the Rotunda Doors on the east side of the building. He entered among a large crowd of rioters. Fig. 3 depicted above, also shows BROADRICK entering through the Rotunda Doors at this approximate time.



Fig. 7 – An open source photograph of BROADRICK (circled in yellow) standing in front of the Rotunda Doors in front of what appears to be a group of police officers.



Fig. 8 – A still photograph captured from CCTV of BROADRICK (circled in red) entering the Capitol Building a second time through the Rotunda Doors.

Around the same time, law enforcement officers were making a coordinated effort to expel rioters from the Rotunda and out through the Rotunda Doors. BROADRICK was confronted by the line of officers before eventually being directed to exit the building.



Fig. 9 – A still photograph captured from CCTV of BROADRICK (circled in red) being directed to leave the Capitol by a line of law enforcement officers.

According to records obtained through a search warrant which was served on cellular provider AT&T on January 6, 2021, in and around the time of the incident, a cellphone associated with a phone number ending in -2402 was identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior of the United States Capitol building. Records obtained from AT&T further showed that the phone number was registered to BROADRICK'S mother, at BROADRICK'S residential address in Alabama.

Investigators also located a Facebook social media profile under the name "Tristan Broadrick." The profile, which was viewed open source, shows that on January 6, 2021, user "Tristan Broadrick" posted, "Hey just letting whoever know, I will be going live in Washington D.C later today."



Fig. 10 – A screenshot of BROADRICK'S social media post from January 6, 2021.

According to records obtain from Meta (Facebook), the owner of the Facebook account has a registered first name of "Tristan" and last name "Broadrick." The account holder also has a verified phone number associated with the account that matches the AT&T phone number ending in -2402 that was inside the US Capitol on January 6, 2021. Photos posted by the Facebook account appear to match BROADRICK'S physical appearance. For these reasons, investigators believe the Facebook account belongs to BROADRICK.

Based on the foregoing, your affiant submits that there is probable cause to believe that TRISTAN SETH BROADRICK violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that TRISTAN SETH BROADRICK violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

███████████████

Special Agent
Federal Bureau of Invesetigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this __23__ day of May 2024.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE