AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00183 |
| TRISTAN SETH BROADRICK | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 5/23/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TRISTAN SETH BROADRICK,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)-Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) -Disorderly or Disruptive Conduct in the Capitol Grounds or Building;
40 U.S.C. § 5104(e)(2)(G)-Parade, demonstrate, or picket in any of the Capitol Buildings..

Date: 05/23/2024

Digitally signed by G. Michael Harvey
Date: 2024.05.23 10:44:52 -04'00'

Issuing officer's signature

City and state:   Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 05/23/24, and the person was arrested on (date) 06/04/24
at (city and state)   Mobile, AL

Date:   6/4/24

Arresting officer's signature

SA Nicholas McConnell
Printed name and title