# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00183 |
| TRISTAN SETH BROADRICK | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 5/23/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **TRISTAN SETH BROADRICK**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)-Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) -Disorderly or Disruptive Conduct in the Capitol Grounds or Building;
40 U.S.C. § 5104(e)(2)(G)-Parade, demonstrate, or picket in any of the Capitol Buildings..

Date: 05/23/2024

Digitally signed by G. Michael Harvey
Date: 2024.05.23 10:44:52 -04'00'

Issuing officer's signature

City and state: Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 05/23/24, and the person was arrested on (date) 06/04/24
at (city and state) Mobile, AL

Date: 6/4/24

Arresting officer's signature

SA Nicholas McConnell
Printed name and title

Case 1:24-mj-00183-GMH Document 6 Filed 06/05/24 Page 2 of 18
Case 1:24-mj-00183-GMH Document 1 Filed 05/23/24 Page 1 of 1

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>TRISTAN SETH BROADRICK<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:24-mj-00183<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 5/23/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*  *Offense Description*

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2)-Disorderly or Disruptive Conduct in a Restricted Building or Grounds, 40 U.S.C. § 5104(e)(2)(D) -Disorderly or Disruptive Conduct in the Capitol Grounds or Building;,
40 U.S.C. § 5104(e)(2)(G)-Parade, demonstrate, or picket in any of the Capitol Buildings..

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

███████████ Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __05/23/2024__

Digitally signed by G. Michael Harvey
*Judge's signature*

City and state: __Washington, D.C.__  G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

Case 1:24-mj-00183-GMH Document 6 Filed 06/05/24 Page 3 of 18

Case: 1:24-mj-00183
Assigned To : Judge G. Michael Harvey
Assign. Date : 5/23/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ▒▒▒▒▒▒▒▒▒▒▒▒, is a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Counterterrorism section. In my duties as a Special Agent, I am responsible for investigating matters related to counterterrorism and other crimes. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Since January 6, 2021, the FBI has been identifying and investigating individuals who participated in the above-described events. One such individual has been identified as TRISTAN SETH BROADRICK a resident of Alabama.

Investigators have reviewed photos and videos from open sources as well as closed circuit (CCTV) surveillance and body worn camera (BWC) footage of the the US Capitol on January 6 and have determined that BROADRICK entered the Capitol building on that day. The photos and videos depict BROADRICK wearing grey hooded sweatshirt with a white number "20" on the front and maroon sleeves with stripes down the sides.



Fig. 1 – A still photograph taken from BWC footage of BROADRICK (circled in yellow) wearing a grey hooded sweatshirt with maroon striped sleeves on January 6, 2021.



Fig. 2 – An open source photograph of BROADRICK on January 6, 2021, outside of the Capitol Building wearing a grey shirt with a white number "20" on the front.

In a statement to investigators, BROADRICK admitted that he was in Washington D.C. on January 6, 2021 and that he attended a speech given by former President Donald Trump. After the speech, BROADRICK reported that he walked with a crowd to the US Capitol building. BROADRICK admitted that he went inside of the Capitol.

BROADRICK identified himself in several photographs, including Figures 1 and 2, above, and the still photograph taken from CCTV footage depicted below. Investigators who have spoken to BROADRICK face-to-face have also been able to confirm his identity in the photos below.



Fig. 3 – A still photograph captured from CCTV of BROADRICK (circled in yellow) inside the Rotunda Doors at the US Capitol on January 6, 2021. BROADRICK identified himself in the photo.

A review of CCTV footage shows that BROADRICK entered the Capitol twice. BROADRICK approached the building from west, and proceeded through the Upper West Terrace toward the Senate. At approximately 2:55 p.m., BROADRICK entered the Senate Wing, among a large crowd of rioters, through a door near the Senate Parlimentarian's office.



Fig. 4 – A still photograph captured from CCTV of BROADRICK (circled in red) standing outside of the Senate Parlimentarian's Office at the US Capitol on January 6, 2021.

BROADRICK briefly entered the office, before moving with the crowd down a hallway further into the building.



Fig. 5 – A still photograph captured from CCTV of BROADRICK (circled in red) walking with a crowd outside of the Senate Parlimentarian's Office at the US Capitol on January 6, 2021.

At approximately 3:05 p.m., BROADRICK exited the Capitol Building through the Senate Carriage Doors on the east side of the building.



Fig. 6 – A still photograph captured from CCTV of BROADRICK (circled in red) exiting the US Capitol via the Senate Carriage Doors.

At approximately 3:20 p.m., CCTV footage shows that BROADRICK re-entered the Capitol via the Rotunda Doors on the east side of the building. He entered among a large crowd of rioters. Fig. 3 depicted above, also shows BROADRICK entering through the Rotunda Doors at this approximate time.



Fig. 7 – An open source photograph of BROADRICK (circled in yellow) standing in front of the Rotunda Doors in front of what appears to be a group of police officers.



Fig. 8 – A still photograph captured from CCTV of BROADRICK (circled in red) entering the Capitol Building a second time through the Rotunda Doors.

Around the same time, law enforcement officers were making a coordinated effort to expel rioters from the Rotunda and out through the Rotunda Doors. BROADRICK was confronted by the line of officers before eventually being directed to exit the building.



Fig. 9 – A still photograph captured from CCTV of BROADRICK (circled in red) being directed to leave the Capitol by a line of law enforcement officers.

According to records obtained through a search warrant which was served on cellular provider AT&T on January 6, 2021, in and around the time of the incident, a cellphone associated with a phone number ending in -2402 was identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior of the United States Capitol building. Records obtained from AT&T further showed that the phone number was registered to BROADRICK'S mother, at BROADRICK'S residential address in Alabama.

Investigators also located a Facebook social media profile under the name "Tristan Broadrick." The profile, which was viewed open source, shows that on January 6, 2021, user "Tristan Broadrick" posted, "Hey just letting whoever know, I will be going live in Washington D.C later today."



Fig. 10 – A screenshot of BROADRICK'S social media post from January 6, 2021.

According to records obtaind from Meta (Facebook), the owner of the Facebook account has a registered first name of "Tristan" and last name "Broadrick." The account holder also has a verified phone number associated with the account that matches the AT&T phone number ending in -2402 that was inside the US Capitol on January 6, 2021. Photos posted by the Facebook account appear to match BROADRICK'S physical appearance. For these reasons, investigators believe the Facebook account belongs to BROADRICK.

Based on the foregoing, your affiant submits that there is probable cause to believe that TRISTAN SETH BROADRICK violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that TRISTAN SETH BROADRICK violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Special Agent
Federal Bureau of Invesetigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this __23__ day of May 2024.

Digitally signed by G. Michael Harvey

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED IN OPEN COURT**
**JUN 04 2024**
CHRISTOPHER EKMAN
CLERK

United States of America
v.
Tristan Seth Broadrick
*Defendant*

Case No. 24-166-M

Charging District's Case No. 24-mj-00183

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: June 4, 2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Latisha V. Colin
*Printed name of defendant's attorney*



Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court
Southern District of Alabama
By: _Cathi Jennings_
       Deputy Clerk
Date: June 05, 2024

# UNITED STATES DISTRICT COURT

## Southern District of Alabama

United States of America

v.

Tristan Broadrick

**ORDER SETTING CONDITIONS OF RELEASE**

Criminal Action: 1128: 1:24MJ00166-M-1

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this action.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant shall appear at all proceedings, as required, and shall surrender for service of sentence imposed, as directed. The defendant shall appear at (if blank, to be notified)

_____ on _____
       Place                        Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

[✓] (5) The defendant promises to appear at all proceedings, as required, and to surrender for of any sentenced imposed.

[ ] (6) The defendant executes an unsecured bond to pay the United States the sum of _____ dollars ( _____ ) for failure to appear, as required, or for failure to surrender for service of any sentence

DISTRIBUTION:   COURT   DEFENDANT   U.S. PROBATION   U.S. ATTORNEY   U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:
YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony, or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence you receive.

Federal law makes it a crime punishable by up to 10 years of imprisonment and a $250,000 fine or both to obstruct a investigation. It is a crime punishable by up to ten years of imprisonment and a $250,000 fine or both to tamper with a witness, victim or informant, to retaliate or attempt to retaliate against a witness, victim or informant, or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear, as required, by the conditions of release or to surrender for the service sentence, you may be prosecuted for failing to appear or surrender, and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of 15 years or more, you shall be not more than $250,000 or imprisoned for not more than 10 years or both;
(2) an offense punishable by imprisonment for a term between 5 and 15 years, you shall be fined not more than $250,000 or imprisoned for not more than five years or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned for not more than one year or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this action and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____  6/4/2024
Signature of Defendant          Date

_____
Address

_____
City and State          Telephone

### Directions to United States Marshal

[X] The defendant is ORDERED released after processing.
[ ] The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk, U.S. Probation judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Done this  4  day of ~~January~~ June, ~~2020~~ 2024   /s/ ~~Jeffrey U. Beaverstock~~  Bert Milling
                                              United States ~~District~~ Magistrate Judge

DISTRIBUTION:   COURT    DEFENDANT    U.S. PROBATION    U.S. ATTORNEY    U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:24-MJ-166-B |
| | ) | |
| Tristan Seth Broadrick | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:24-MJ-183 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | https://uscourts-dcd.zoomgov.com/j/1615439875?pwd=M1JnWVV6bjBPTnF3M010SzdtM0NwZz09  Meeting ID: 161 543 9875      Passcode: 926057 | Courtroom No.: Virtual Appearance |
|---|---|---|
| | | Date and Time: 6/13/2024 12:30 pm   EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 06/04/2024

s/Bert W. Milling, Jr.
*Judge's signature*

BERT W. MILLING, JR., U. S. Magistrate Judge
*Printed name and title*

Print    Save As...    Reset

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court
Southern District of Alabama

By: *Cathi Jennings*
        Deputy Clerk
Date: June 05, 2024

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:24–mj–00166–M All Defendants
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Broadrick | Date Filed: 06/04/2024 |

Assigned to: Magistrate Judge Bert W. Milling, Jr

**Defendant (1)**

| | | |
|---|---|---|
| **Tristan Broadrick** | represented by | **Latisha V. Colvin**<br>Federal Defender Organization<br>Southern District of Alabama<br>11 North Water Street<br>Suite 11290<br>Mobile, AL 36602<br>433–0910<br>Email: latisha_colvin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

Certified to be a true and correct copy of the original.

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | |

**George F. May**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(251) 441–5845
Fax: 2514415277
Email: george.may@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*
*Bar Status: Federal Government*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2024 | | Set Hearing as to Tristan Broadrick: Initial Appearance – Rule 5(c)(3) set for 6/4/2024 01:00 PM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Bert W. Milling Jr. The U. S. Marshal is DIRECTED to produce defendant for the hearing. (cmj) (Entered: 06/04/2024) |
| 06/04/2024 | | Arrest of Tristan Seth Broadrick. (cmj) (Entered: 06/04/2024) |
| 06/04/2024 | 1 | *SEALED* PRETRIAL REPORT as to Tristan Broadrick. (cjb) (Entered: 06/04/2024) |
| 06/04/2024 | 2 | Complaint as to Tristan Broadrick received from District of Columbia (Attachments: # 1 DC Warrant) (cmj) (Entered: 06/04/2024) |
| 06/04/2024 | | Minute Entry for proceedings held before Magistrate Judge Bert W. Milling, Jr. Initial Appearance in Rule 5(c)(3) Proceedings and Detention Hearing as to Tristan Broadrick held on 6/4/2024. Defendant's ability to hire counsel discussed orally. Appointment of AFD Latisha Colvin for Defendant. Waiver of Rule 5 hearing filed. After a detention hearing, defendant was RELEASED on standard conditions of release. DCR Digital Audio Recording. (cmj) (Entered: 06/04/2024) |
| 06/04/2024 | 3 | CJA 23 Financial Affidavit by Tristan Broadrick (cmj) (Entered: 06/04/2024) |
| 06/04/2024 | 4 | ORDER APPOINTING FEDERAL DEFENDER Latisha V. Colvin for Tristan Broadrick. Signed by Magistrate Judge Bert W. Milling, Jr on 6/4/24. (cmj) (Entered: 06/04/2024) |
| 06/04/2024 | 5 | WAIVER of Rule 5(c)(3) Hearing by Tristan Broadrick (cmj) (Entered: 06/04/2024) |
| 06/04/2024 | 6 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Bert W. Milling, Jr on 6/4/24. (cmj) (Entered: 06/04/2024) |
| 06/04/2024 | 7 | ORDER requiring defendant to appear in the District of Columbia via Zoom as to Tristan Broadrick on 6/13/2024 at 12:30 EST as set out. Signed by Magistrate Judge Bert W. Milling, Jr on 6/4/24. (cmj) (Entered: 06/04/2024) |
| 06/04/2024 | 8 | (Court only)     RESTRICTED AUDIO FILE (1.4 MB) as to defendant Tristan Broadrick regarding Initial Appearance and detention hearing re: Rule 5(c)(3) held on 6/4/24 1:07 before Magistrate Judge Bert W. Milling. 00:11:00.(cmj) (Entered: 06/05/2024) |