**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :  Case No. 24-mj-00183 |
| | : |
| **TRISTAN BROADRICK,** | : |
| | : |
| Defendant. | : |

**ORDER**

Pursuant to the motion filed by the United States, ECF 21, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 20th day of February, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge